# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

      Appellant,

vs.

NATIONSTAR MORTGAGE, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,

      Respondent.

No. 70078

**FILED**

OCT 2 5 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: 

cc: Hon. Gloria Sturman, District Judge
  Janet Trost, Settlement Judge
  Kim Gilbert Ebron
  Akerman LLP/Las Vegas
  Eighth District Court Clerk

---

[1]The parties may seek to recover any cost bond in district court.

16-33415